Ashley Cornelia Davis G027060
**Name and Prisoner/Booking Number**

MCSO Estrella Jail
**Place of Confinement**

3250 W. Lower Buckeye Road
**Mailing Address**

Phoenix, AZ 85009
**City, State, Zip Code**

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Ashley Cornelia Davis
**(Full Name of Plaintiff)**

Plaintiff,

v.

(1) Paul Penzone
**(Full Name of Defendant)**

(2) Maricopa County Sheriffs Office

(3) MCSO - Estrella Jail

(4)_____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV23-01749-PHX-JJT--ESW

**(To be supplied by the Clerk)**

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
     ☐ Other:_____.

2.   Institution/city where violation occurred: Estrella Jail - MCSO Phx, Az 85009

3.

Revised 12/1/20

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Paul Penzone_ . The first Defendant is employed
as: _Sheriff_ at _Sheriff Office (MCSO)_
      _____(Position and Title)_____     _____(Institution)_____

2.  Name of second Defendant: _Maricopa County Sheriff Office_ . The second Defendant is employed as:
as: _Law Enforcement Agency_ at _MCSO_
      _____(Position and Title)_____     _____(Institution)_____

3.  Name of third Defendant: _Estrella Jail_ . The third Defendant is employed
as: _Detention Facility_ at _Maricopa County Jail_
      _____(Position and Title)_____     _____(Institution)_____

4.  Name of fourth Defendant: _____ . The fourth Defendant is employed
as: _____ at _____
      _____(Position and Title)_____     _____(Institution)_____

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?          ☐ Yes          ☒ No

2.  If yes, how many lawsuits have you filed? _Ø_ . Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _N/A_ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    b.  Second prior lawsuit:
        1.  Parties: _N/A_ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    c.  Third prior lawsuit:
        1.  Parties: _N/A_ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.  CAUSE OF ACTION

### COUNT I

1.    State the constitutional or other federal civil right that was violated: right to be house in safe, medically efficient facility without fear or threat to health or safety

2.    **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities                  ☐ Mail                          ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings      ☐ Property                   ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer  ☒ Threat to safety      ☐ Other:_____

3.    **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Maricopa County intentionally knowing and illegally house me - persons in a facility condemned by city, County officials for failure to comply with codes due to irreparable unfixable exposure of inhabitants to toxic and black mold

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

I was house in the facility of Estrella Jail for a prolonged period of time being forcefully expose to black mold a poisonous fungi

5.    **Administrative Remedies:**

a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes    ☐ No

b.    Did you submit a request for administrative relief on Count I?      ☐ Yes    ☐ No

c.    Did you appeal your request for relief on Count I to the highest level?   ☐ Yes    ☐ No

d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   Not available for the issue

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____

_____

2.  **Count II.** Identify the issue involved. Check **only one.**  State additional issues in separate counts.

   ☐ Basic necessities            ☐ Mail              ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                         ☐ Yes      ☐ No
    2.  Did you submit a request for administrative relief on Count II?            ☐ Yes      ☐ No
    3.  Did you appeal your request for relief on Count II to the highest level?   ☐ Yes      ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

4

**COUNT III**

1.   State the constitutional or other federal civil right that was violated: _____

_____

2.   **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

    ☐ Basic necessities        ☐ Mail        ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    2.  Did you submit a request for administrative relief on Count III?    ☐ Yes    ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?    ☐ Yes    ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.    REQUEST FOR RELIEF

State the relief you are seeking:

Im seeking monetary compensation for the days
serve in Estrella Jail in Maricopa County. Also I am
seeking punitive damage for mental duress

I declare under penalty of perjury that the foregoing is true and correct.

Executed on x HUG 5 2023
                    ]DATE

x _____
              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date           **August 17, 2023**                 

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____


_____     **B5955**
Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

USDC Certification                          09/09/20